■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLE DESGROSIELLIER, Appellant. [32 NYS3d 530]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), entered May 12, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.